**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

Steven Broussard
Broussard & Hart, LLC
1301 Common Street
Lake Charles LA 70601

**REHEARING ACTION: May 4, 2011**

**Docket Number: 10   01384-CA**

**TRI-LAKE OF LOUISIANA, LLC, ET AL.**
**VERSUS**
**COUTEAU PLATEAU, LLC**

**Appealed from Cameron Parish Case No. 10-18350**

**BEFORE JUDGES:**

>    **Hon. Marc T. Amy**
>    **Hon. Shannon J. Gremillion**
>    **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Couteau Plateau, LLC, et al** has this day been

>    **DENIED.**

cc: Thomas John Gayle, Counsel for the Appellee